# PECHMAN LAW GROUP PLLC
### LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

December 24, 2025

**VIA ECF**

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Perez Castillo v. Beverly's Home Health Care, Inc. et al.*
           No. 24 Civ. 6294 (PKC) (MMH)

Dear Judge Henry:

    We represent Plaintiff Dania Perez Castillo in the above matter and submit this status report jointly with counsel for Defendants per the Court's November 14, 2025 Order.

    The parties are pleased to report that they have reached a settlement in principle of this action on a class and collective basis following three mediation sessions before Mediator Roger Briton, Esq.  The parties are now engaged in the negotiation and drafting of the final terms of a settlement agreement.  Following execution of the settlement agreement, Plaintiff's counsel will submit a motion for preliminary approval of the settlement to the Court.

    In light of these remaining tasks in this complex hybrid class and collective action, the parties respectfully request that the Court set a deadline of February 20, 2026 for Plaintiff's submission of the preliminary class settlement approval motion.

    We thank the Court for its time and consideration.

                                              Respectfully submitted,

                                              Galen C. Baynes

cc:  Counsel of Record (via ECF)